United States District Court
Southern District of Texas
**ENTERED**
November 24, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| Kenneth Chambless,<br>    *Plaintiff*,<br><br>v.<br><br>Frank Bisignano,<br>    *Defendant*. | Civil Action H-25-2958 |

## ORDER OF ADOPTION

On November 7, 2025, Magistrate Judge Yvonne Y Ho recommended that Defendant Frank Bisignano's Motion to Dismiss Complaint and Incorporated Memorandum of Law (Document No. 14) be granted (Document No. 19). Plaintiff filed objections (Document No. 20). Plaintiff's objections are overruled.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion. The court will issue a separate final judgment.

Signed at Houston, Texas, on the **24** day of November, 2025.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE